UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUMILDO DE LA LUZ, et al.,
    Plaintiffs,

    v.

PAPE MATERIAL HANDLING, INC.,
    Defendant.

Case No. 16-cv-05062-PJH

**ORDER TO SHOW CAUSE**

    Plaintiffs in the above-entitled matter having failed to appear at the case management conference on June 15, 2017, and defendant having filed a case management conference statement and having appeared at that proceeding, the court hereby ORDERS plaintiffs to SHOW CAUSE why plaintiffs' claims should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute this case.

    The hearing on the order to show cause will be held on **July 13, 2017, at 10:00 a.m.** in Courtroom 3, 1301 Clay Street, Oakland, California. If plaintiffs fail to appear, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: June 19, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge