UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMILDO DE LA LUZ, et al.,<br>    Plaintiffs,<br>v.<br>PAPE MATERIAL HANDLING, INC.,<br>    Defendant. | Case No. 16-cv-05062-PJH<br><br>**ORDER COMPELLING DISCOVERY**<br>Re: Dkt. No. 46 |

On December 6, 2017, the court received defendant's letter brief seeking an order compelling plaintiffs to respond to discovery and to appear for depositions. The court ordered plaintiffs response, if any, to be filed no later than Friday, December 15, 2017. Dkt. 47. That deadline has passed and plaintiffs have not filed a response.

The court hereby GRANTS defendant's request to compel discovery. Plaintiffs are ORDERED to respond to defendant's propounded discovery by Thursday, December 28, 2017, and to appear for their deposition on Thursday, January 4, 2018, or such other date as defendant designates.

**IT IS SO ORDERED.**

Dated: December 21, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge