UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMILDO DE LA LUZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PAPE MATERIAL HANDLING, INC.,<br><br>Defendant. | Case No. 16-cv-05062-PJH<br><br>**ORDER REQUIRING PLAINTIFFS TO RESPOND TO MOTION FOR INVOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 54 |

The court is in receipt of defendant's motion to dismiss under Federal Rule of Civil Procedure 41(b) based on plaintiffs' failure to prosecute this action and to comply with this court's order compelling discovery. Dkts. 49, 54. Plaintiffs have failed to respond to that motion and the deadline to do so passed on February 26, 2018.

Amongst other conduct indicating plaintiffs' failure to prosecute this action, plaintiffs have wholly failed to participate in discovery. Though plaintiffs chose November 29, 2017, as the date of their deposition, they failed to appear on that date—without any explanation or notice to defense counsel. Dkt. 54-1, Menendez Decl. ¶ 11. In response to this failure and plaintiffs' general failure to respond to propounded discovery, the defendant filed a motion to compel. Dkt. 46. After plaintiffs failed to respond to that motion, the court granted the defendant's motion and ordered plaintiffs to respond to defendant's propounded discovery by December 28, 2017. Dkt. 49. Plaintiffs also failed to comply with that order. Menendez Decl. ¶ 12 (Defendant did not receive any discovery responses.)

The court hereby ORDERS plaintiffs to respond to defendant's motion within seven (7) days of this order. At minimum, plaintiffs' response must state (i) why plaintiffs

failed to appear for their deposition on November 29, 2017, and (ii) why plaintiffs failed to comply with this court's December 21, 2017 order compelling discovery. A failure to provide an acceptable response to this order <u>will</u> result in plaintiffs' case being dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge