UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUMILDO DE LA LUZ, et al., <br> Plaintiffs, <br> v. <br> PAPE MATERIAL HANDLING, INC., <br> Defendant. | Case No. 16-cv-05062-PJH <br><br> **ORDER RE MOTION TO DISMISS FOR FAILURE TO PROSECUTE** <br> Re: Dkt. No. 54 |

Defendant Pape Material Handling, Inc.'s motion to dismiss under Federal Rule of Civil Procedure 41(b) came on for hearing before this court on March 21, 2018. Plaintiffs Gumildo De La Luz and Silvia Sanchez appeared pro se and through an interpreter, Arturo Bach. Defendant appeared through its counsel, Rebecca Menendez. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES defendant's motion, for the reasons stated at the hearing and as summarized below.

As discussed in this court's March 9, 2018 order, plaintiffs have consistently failed to prosecute this action. Plaintiffs have failed on multiple occasions to respond to defendant's propounded written discovery and plaintiffs have failed to appear for their depositions. See Dkt. 49. Plaintiffs also failed to comply with this court's December 21, 2017 order compelling plaintiffs to participate in discovery. Id. In fact, plaintiffs failed to comply with this court's March 9, 2018 order requiring plaintiffs to respond to defendant's present motion to dismiss for plaintiffs' failure to prosecute this matter. See Dkt. 55. That order warned plaintiffs that any failure to submit an adequate response would result in dismissal of plaintiffs' case. Id.

Plaintiffs, however, did appear on March 21, 2018, for the hearing on defendant's motion. During the hearing, plaintiffs again failed to adequately explain the above conduct. As such, the court ORDERS:

Defendant to re-mail its written discovery to plaintiffs by no later than March 21, 2018. A copy of the same must also be sent to the court.

Plaintiffs response to defendant's written discovery must be postmarked no later than March 30, 2018. A copy of the same must also be sent to the court.

Plaintiffs to appear for their depositions on April 20, 2018, at the office of defendant's counsel, 100 Howe Avenue, Suite 110 South, Sacramento, California 95825. Plaintiff De La Luz's deposition will begin at 10:00 a.m. and plaintiff Sanchez's deposition will begin at 1:00 p.m.

If plaintiffs fail to comply with any part of this order, their case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 22, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge