UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUMILDO DE LA LUZ, et al.,

          Plaintiffs,

   v.

PAPE MATERIAL HANDLING, INC.,

          Defendant.

Case No.  16-cv-05062-PJH

**JUDGMENT**

     The issues having been duly heard and the court having granted defendant's motion to dismiss the complaint with prejudice,

     it is Ordered and Adjudged

     that plaintiffs take nothing, and that the action is dismissed with prejudice.

     **IT IS SO ORDERED.**

Dated: May 30, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge